In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00535-CR
_____

### SHADRICK HOLMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-13238**

## MEMORANDUM OPINION

On October 8, 2012, the trial court sentenced Shadrick Holman on a conviction for possession of a controlled substance. Holman filed a notice of appeal on October 22, 2012. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On November 8, 2012, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the

1

appeal.  No response has been filed.  Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal.  *See* Tex. R. App. P. 25.2(d).  Accordingly, we dismiss the appeal.

     APPEAL DISMISSED.

_____<br>
STEVE McKEITHEN<br>
Chief Justice

Opinion Delivered December 12, 2012
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.